In re WEST COAST RUBBER CORPORATION, Inc.

(District Court, N. D. California, First Division. July 8, 1922.)

No. 12338.

Bankruptcy ⬪346—Debts given priority may be paid before taxes; "dividends."

The word "dividends," as used throughout the Bankruptcy Act, means partial payments to general creditors, and the provision of section 64a (Comp. St. § 9648), requiring payment of taxes "in advance of the payment of dividends to creditors," does not prevent the payment of debts given priority by section 64b, before payment of taxes.

[Ed. Note.—For other definitions, see Words and Phrases, First and Second Series, Dividend (In Bankruptcy).]

In Bankruptcy. In the matter of the West Coast Rubber Corporation, Inc., bankrupt. On petition to review order of referee directing payment of labor and attachment claims. Order affirmed.

Philip S. Ehrlich, of San Francisco, Cal., for bankrupt.

R. G. Hunt, of San Francisco, Cal., for trustee.

George Lull, City Atty., and Arthur J. Hearst, Asst. City Atty., both of San Francisco, Cal., for city and county of San Francisco, Cal.

John T. Williams, U. S. Atty., and James Raleigh Kelly, Asst. U. S. Atty., both of San Francisco, Cal., for the United States.

DOOLING, District Judge. The language of section 64a of the Bankruptcy Act (Comp. St. § 9648), instead of declaring that the court shall order the trustee to pay first all taxes, etc., declares that it shall order the trustee to pay such taxes in advance of the payment of dividends to creditors. Section 65a (Comp. St. § 9649) declares:

"Dividends of an equal per centum shall be declared and paid on all allowed claims, except such as have priority or are secured."

The Supreme Court, in the case of Richmond v. Bird, 249 U. S. 174, 39 Sup. Ct. 186, 63 L. Ed. 543, says:

"Section 64a directs that taxes be paid in advance of dividends to creditors; and 'dividends,' as commonly used throughout the act, means partial payment to general creditors."

Section 64b gives priority to certain labor and attachment claims, and the referee, by the order sought to be reviewed, directed the payment of such claims in advance of the payment of certain taxes due the United States government and the city of San Francisco.

The ordinary rules of construction support the ruling of the referee. The taxes in question are given priority only over "dividends to creditors." Everywhere else in the act the word "dividend" means a partial payment to general creditors. There is no reason why a different meaning should be assigned to it here.

The order of the referee is affirmed.

---

⬪For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes